| Return | | |
|---|---|---|
| Case No.: 3:23-mj-359 | Date and time warrant executed: 10/20/2023 at 10:07 a.m. | Copy of warrant and inventory left with: USPIS |
| Inventory made in the presence of: USPIS Team Leader Chad Swain | | |
| Inventory of the property taken and name of any person(s) seized: USPS PME EI 356 845 580 US (white USPS Priority Mail Express envelope), a plastic bag, multiple trading cards, three trading card packages, five suspected counterfeit U.S. Permanent Resident Cards, five suspected counterfeit U.S. Social Security Cards, and one suspected counterfeit Guatemala License. | | |

**FILED**
Charlotte
Mar 05 2024
U.S. District Court
Western District of N.C.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/23/2023

*Executing officer's signature*

Kenneth Maher, Postal Inspector
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Priority Express Mail Parcel Bearing Tracking Number EI<br>356 845 580 US, Currently Located At 2300 Yorkmont<br>Road, Charlotte, North Carolina | )<br>)<br>) Case No. 3:23-mj-359<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Western     District of     North Carolina    
*(identify the person or describe the property to be searched and give its location):*

Priority Express Mail Parcel Bearing Tracking Number EI 356 845 580 US, currently located at 2300 Yorkmont Road, Charlotte, North Carolina 28217.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Controlled substances, packaging, shipping records, notes and correspondence, currency, and/or evidence tending to identify source of package and recipient.

**YOU ARE COMMANDED** to execute this warrant on or before     11/2/2023     *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     The Hon. David C. Keesler or The Hon. Susan C. Rodriguez    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for     days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of     enter date    .

Signed: October 19, 2023

*David C. Keesler*
David C. Keesler
United States Magistrate Judge

Date and time issued: 10/19/2023 3:00 PM

City and state:     Charlotte, North Carolina          David C. Keesler, U.S. Magistrate Judge